IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DOUGLAS A. COLEMAN, JR
in his capacity as Special Administrator of the
Estate of Casey L. Anstine, deceased, and in his
capacity as next friend of M.A., a minor, and
B.M., a minor                                                            PLAINTIFF

v.                        No. 2:17-CV-02205

PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                       DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 14th day of February, 2018.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE